**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Christopher Lampkin,<br><br>    Plaintiff(s),<br><br>v.<br><br>United States of America ex rel United States Postal Service,<br><br>    Defendant(s). | 2:23-cv-00301-RFB-VCF<br><br>**<u>ORDER</u>** |

  Before the court is the United States of America's motion to extend discovery deadlines. (ECF No. 23).

  Accordingly,

  IT IS HEREBY ORDERED that an in-person hearing on the United States of America's motion to extend discovery deadlines (ECF No. 23), is scheduled for 10:00 AM, October 2, 2023, in Courtroom 3D.

  DATED this 25th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1